# **EXHIBIT C**

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

**FIGUEROA BROTHERS Hot Sauce Zone**

# Melinda's Original Chipotle Pepper Sauce

- Shop
- Categories

search site

- RSS



Sizes: 5 oz. Bottle ($3.89)
Clear selection

$3.89

- 1 +

Add to cart

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

# FIGUEROA BROTHERS
# Hot Sauce Zone

# Melinda's Green Salsa

- Shop
- Categories

search site

- RSS



**Sizes**  12 oz. Jar ($5.00)
Clear selection

$5.00

- 1 +      Add to cart

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

## FIGUEROA BROTHERS
## Hot Sauce Zone

# Melinda's Original Habanero Extra Hot Sauce

- Shop
- Categories

search site

- RSS



Sizes    Choose an option… ▼

The Habanero (Capsicum chinense) is the hottest chile pepper in the world, measuring between 200,000 and

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

**FIGUEROA BROTHERS**
**Hot Sauce Zone**

# Spice Exchange Traditional Caribbean Habanero Hot Sauce & Marinade

- Shop
- Categories

search site

- Brands

- RSS



| Sizes | 9 oz. Bottle ($4.98) ▼ |
|---|---|
| | Clear selection |

$4.98

- 1 +

Add to cart

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

# FIGUEROA BROTHERS
# Hot Sauce Zone

# Spice Exchange Mango Coconut Grilling and Glazing Sauce

- Shop
- Categories

search site

- RSS

- Brands



**Sizes**  14.4 oz. Bottle ($6.99) ▼
Clear selection

$6.99

- 1 +                                                              Add to cart

My Account
Wishlist
Privacy Policy
Returns

Cart · $0

# FIGUEROA BROTHERS Hot Sauce Zone

# Spice Exchange Papaya Curry Marinade and Sauce

- Shop
- Categories

search site

- RSS



**Sizes**  5 oz. Bottle ($5.14)
Clear selection

$5.14

- 1 +    Add to cart