# **EXHIBIT D**





TANGY JALAPEÑO!
All Natural
NATURALLY HOT!
Melinda's is famous for its all-natural balance of heat and flavor. Melinda's Jalapeño Ketchup continues this tradition by using only the freshest all natural ingredients blended perfectly with the tangy jalapeño pepper. The result is a spicy and tangy Ketchup with a bold flavor. One try and you'll never use plain old ketchup again.
• All-Natural with Fresh Ingredients
• No Artificial Preservatives or Colors
• No High Fructose Corn Syrup (HFCS)
Keep up with latest on Melinda's by visiting us at melindas.com or call 800.886.6354. We'd love to hear from you.
Product of Costa Rica
Imported and Distributed by Figueroa Brothers, Inc.
Irving, TX 75038 • 800.886.6354 • melindas.com
Melinda's® is a registered trademark of Figueroa Bros., Inc.







My Account
Wishlist
Privacy Policy
Returns

Cart · $0

# Hot Sauce Zone (Figueroa Brothers)

# Ketchup

- Shop
- Categories
- Brands
- Contact



**Melinda's All Natural Habanero Ketchup**
From: $6.25



**Melinda's All Natural Jalapeño Ketchup**
From: ~~$6.00~~ · $4.80



**Melinda's Chipotle Ketchup**
From: $6.00

Search for products

Search





**Melinda's All Natural Naga Jolokia Pepper Ketchup**
From: $7.50

**Melinda's All Natural Black Pepper Ketchup**
From: $6.50

**Melinda's All Natural Ghost Ketchup**
From: $7.50

## Shop by Price

Price: $0 — $90          Filter

- Holiday Gift Sets
- Hot Sauce
    - Habanero
    - Ghost/Naga Jolokia
    - Scorpion
    - Jalapeno
    - Cayenne
    - Chipotle
    - Red Savina
    - Scotch Bonnet
    - Novelty
    - XXX Rated
- Grilling Sauce
- Ketchup
- Coffee
- Nuts
- BBQ Sauces
- Salsa
- Cocktail Mixes

## Our Brands